UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>             Plaintiff,<br><br>       v.<br><br>THREE STARS CENTER INVESTMENT, LLC,<br><br>             Defendant. | Case No. 16-cv-05471 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 12 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 30 days.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:  February 2, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-05471 NC
ORDER OF CONDITIONAL
DISMISSAL